UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CARTRAILL LOVE, | No. 2:25-cv-1629-DJC AC PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KOCH FAMILY FOUNDATION, et al., | |
| Defendants. | |

Plaintiff paid the filing fee and is proceeding in this action in pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On July 21, 2025, defendants filed a motion to dismiss for lack of jurisdiction, set to be heard on August 27, 2025. ECF No. 3. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was August 4, 2025. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of August 27, 2025 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails

1

to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: August 7, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE