UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTRAILL LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KOCH FAMILY FOUNDATION,<br><br>　　　　Defendant. | No. 2:25-cv-1629 DJC AC PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

　　　　Defendants filed a motion to dismiss for lack of jurisdiction (ECF No. 11) to which plaintiff did not file a response. The court issued an order to show cause why the case should not be dismissed for failure to prosecute. ECF No. 13. Plaintiff responded stating that he was in the middle of a change to his living situation and asked that the court dismiss the case without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) or grant him an additional 45 days to respond to defendants' motion. ECF No. 14.

////

////

////

1    Defendants are hereby ORDERED to file notice, within 7 days of this order, if they object
2 to dismissal of this case without prejudice, and if so, to state their reasons for objection. If no
3 defendants object, the court will recommend dismissal without prejudice.
4 DATED: August 29, 2025

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE